864

No. 75–8. DeLand *v.* Noon et al. C. A. 9th Cir. Certiorari denied.

No. 75–16. Hayes International Corp. *v.* McLucas, Secretary of the Air Force, et al. C. A. 5th Cir. Certiorari denied.

No. 75–18. Huffman *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 75–20. Lewis *v.* Tucson School District No. 1 et al. Ct. App. Ariz. Certiorari denied.

No. 75–23. Higgins et al. *v.* Village of Jean Lafitte et al. Ct. App. La., 4th Cir. Certiorari denied.

No. 75–24. Beauty-Style Modernizers, Inc., et al. *v.* Federal Trade Commission; and
No. 75–25. Jakel *v.* Federal Trade Commission. C. A. 3d Cir. Certiorari denied. Reported below: 513 F. 2d 625.

No. 75–27. Grunin *v.* International House of Pancakes, a Division of International Industries, Inc. C. A. 8th Cir. Certiorari denied.

No. 75–29. Aircraft & Helicopter Leasing & Sales, Inc. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 75–32. Sada *v.* Onion et al. C. A. 5th Cir. Certiorari denied.

No. 75–43. First National Bank & Trust Company of Vidalia, Georgia *v.* Fidelity Standard Life Insurance Co. et al. C. A. 5th Cir. Certiorari denied.